**This order is SIGNED.**

**Dated: May 5, 2021**

 

**WILLIAM T. THURMAN
U.S. Bankruptcy Judge**

*acn*

Weinstein & Riley, P.S.
Aaron M. Waite, Bar ID: 8992
3703 W. 6200 S.
Salt Lake City, Utah 84129
Telephone: 702-507-6403
Email: aaronw@w-legal.com
Attorneys for Movant

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re: Benjamin Rodney Hulse, Debtor. | Bankruptcy Case No. 21-20084 Chapter: 7 |
|---|---|

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Live Oak Banking Company ("Movant")'s Motion for Relief From the Automatic Stay [Docket No. 36], filed on April 13, 2021 (the "Motion"), came before the Court, the Court being fully advised, and good cause appearing, therefore,

IT IS ORDERED THAT:

1. The Motion is granted;

2. The automatic stay of Section 362(a) of the Bankruptcy Code is terminated so that Movant and its successors and assigns may exercise its rights with respect to Hulse Dentistry, LLC, and the equipment, trade fixtures, inventory, accounts, instruments, chattel paper, general intangibles, documents, deposit accounts and other collateral as described in the subject Security Agreement and UCC Financing Statement (the "Collateral"), including but not limited to liquidating the Collateral pursuant to state law or applicable non-bankruptcy law;

3. The 14-day stay period under Rule 4001(a)(3) is not waived; and

4. This Order shall apply to and be binding in any bankruptcy proceeding to which this proceeding is converted.

*** **END OF DOCUMENT** ***

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY shall be served to the parties and in the manner designated below:

**By Electronic Service**: I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Darwin H. Bingham    dbingham@scalleyreading.net, cat@scalleyreading.net
- J. Kevin Bird tr    jkevinbird@birdfugal.com, kbird@ecf.epiqsystems.com;kbtrustee@aol.com;melanie@birdfugal.com;jkb@trustesolutions.net
- J. Scott Brown    sbrown@ck.law, klopez@ck.law
- P. Matthew Cox    bankruptcy_pmc@scmlaw.com, ec@scmlaw.com
- Penrod W. Keith    penrod.keith@dentons.com, kristin.hughes@dentons.com
- Peter J. Kuhn    Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Armstrong@usdoj.gov;Brittany.Eichorn@usdoj.gov
- Brian R. Langford    brian@mhmlawoffices.com, brian@mhmlawoffice.com;langfordbr85579@notify.bestcase.com
- Theron D. Morrison    topofutahlaw@gmail.com, cory@morlg.com;chapter7email@gmail.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Aaron M. Waite    aaronw@w-legal.com
- Tyler S. Wirick    ecfutb@aldridgepite.com, TWirick@ecf.courtdrive.com

**By U.S. Mail**: In addition to the parties of record receiving notice through the CM/ECF system the following parties should be served notice pursuant to Fed R. Civ. P. 5(b):

Benjamin Rodney Hulse
24 Kintail Street
Lehi, UT 84043

Barbara Smith
P.O. Box 957
Centerville, UT 84014

/s/ Aaron M. Waite
(Signature by Filer)